ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (SBN 225399) and
E-mail: peterh@rac-law.com
CANDICE I. BRENNER (SBN 283338), Members of
E-mail: candiceb@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARK THOMAS BATES, an individual doing business as PACIFIC COAST MARKINGS; PACIFIC COAST MARKINGS, INC., a California corporation; CAROLINO CONSTRUCTION CORPORATION, a California corporation; INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation; SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>　　　　Defendants. | CASE NO. EDCV13-1631 VAP (DTBx)<br><br>**[PROPOSED] JUDGMENT PURSUANT TO STIPULATION AGAINST DEFENDANTS MARK THOMAS BATES AND PACIFIC COAST MARKINGS, INC.** |

Claims 5 and 6 brought by plaintiff CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY ("CLTF" where not referred to by its full above-captioned name) have been dismissed. [See Court Document Nos. 12 and 30.] As a result, defendants CAROLINO CONSTRUCTION CORPORATION, INTERNATIONAL FIDELITY

-1-

262278.2

INSURANCE COMPANY, and SURETEC INSURANCE COMPANY ("SURETEC") have been dismissed from this action. SURETEC has dismissed its counterclaim in its entirety. [See Court Document No. 26.] The claims for relief that remain are CLTF's Claims 1 through 4, each against defendants MARK THOMAS BATES an individual doing business as PACIFIC COAST MARKINGS ("BATES" where not referred to by his full above-captioned name) and PACIFIC COAST MARKINGS, INC. ("PACIFIC INC" where not referred to by its full above-captioned name).

CLTF, BATES and PACIFIC INC have filed a stipulation ("Stipulation") for: (a) entry of judgment in favor of CLTF and against BATES and PACIFIC INC, jointly and severally, for monetary damages (in resolution of CLTF's first and fourth claims for relief) and injunctive relief ordering BATES and PACIFIC INC to comply with their obligations to submit fringe benefit contributions to the employee benefit plans on whose behalf CLTF brought this action (in resolution of CLTF's third claim for relief); and (b) dismissal of CLTF's second claim for relief contingent on entry of judgment in accordance with the Stipulation.

Pursuant to the Stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. **JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF**, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract

262278.2

Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, Plaster Tenders Apprentice And Training Trust Fund For Southern California, and Plastering Trades Administrative Trust Fund (collectively "TRUST FUNDS"), and jointly and severally against defendants MARK THOMAS BATES, an individual doing business as PACIFIC COAST MARKINGS, and PACIFIC COAST MARKINGS, INC., a California corporation, for monetary damages in the principal amount of $111,837.64 (consisting of $42,916.85 in unpaid fringe benefit contributions, $12,092.31 in interest, $60,404.16 in liquidated damages, $3,760.00 in audit fees, plus $70.00 in fees for checks submitted with insufficient funds, minus a credit of $7,405.68), plus accrued interest after judgment at the legal rate.

2. The TRUST FUNDS have not conducted a full audit of the records of defendants BATES and PACIFIC INC. for any months after November 2013. The monetary judgment issued hereby in paragraph "1" above shall not, and does not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of the TRUST FUNDS to determine and collect any additional amounts due by BATES and/or PACIFIC INC for months after November 2013.

3. **PERMANENT INJUNCTIVE RELIEF IS HEREBY GRANTED:**

    3.A. AGAINST DEFENDANT BATES as follows: MARK THOMAS BATES, an individual doing business as PACIFIC COAST MARKINGS, is hereby ordered to deliver or cause to be delivered to the Trust Funds by no later than 4:30 p.m. on the 20th day of each month for the duration of the Southern California Master Labor Agreement, the Laborers' Master Parking and Highway Improvement Agreement (Striping, Slurry and Seal Coat Operations), and any other present or future collective bargaining agreement requiring him to contribute to the TRUST

262278.2

FUNDS (unless he has for the month both inactivated his account with the TRUST FUNDS in accordance with the terms of the applicable agreements and has in fact not performed any work covered by the applicable agreements):

    3.A.1.  Truthfully and accurately completed monthly fringe benefit contribution report(s) covering all of his present and future accounts with the TRUST FUNDS, collectively identifying all persons for whom fringe benefit contributions are owed to the Trust Funds for the previous month, and, itemized by person, the hours of work they performed for which fringe benefit contributions are due;

    3.A.2.  An affidavit or declaration from him attesting under penalty of perjury to the completeness, truthfulness and accuracy of each monthly report submitted; and

    3.A.3.  A check or checks made payable to the "Construction Laborers Trust Funds for Southern California" totaling the full amount of fringe benefit contributions due by him to the TRUST FUNDS for the previous month (as set forth on the monthly report(s) submitted).

    3.B.  AGAINST DEFENDANT PACIFIC COAST as follows: PACIFIC COAST MARKINGS, INC., California corporation, and its managing agents and employees, and all those in active concert or participation with any one or more of them (including but not limited to defendant Mark Thomas Bates), are hereby ordered to deliver or cause to be delivered to the Trust Funds by no later than 4:30 p.m. on the 20th day of each month for the duration of the Southern California Master Labor Agreement, the Laborers' Master Parking and Highway Improvement Agreement (Striping, Slurry and Seal Coat Operations), and any other present or future collective bargaining agreement requiring Pacific Coast Markings, Inc. to

contribute to the TRUST FUNDS (unless Pacific Coast Markings, Inc. has for the month both inactivated its account with the TRUST FUNDS in accordance with the terms of the applicable agreements and has in fact not performed any work covered by the applicable agreements):

    3.B.1.  Truthfully and accurately completed monthly fringe benefit contribution report(s) covering all of Pacific Coast Markings, Inc.'s present and future accounts with the TRUST FUNDS, collectively identifying all persons for whom fringe benefit contributions are owed to the Trust Funds for the previous month, and, itemized by person, the hours of work they performed for which fringe benefit contributions are due;

    3.B.2.  An affidavit or declaration from a managing officer or other managing agent of Pacific Coast Markings, Inc. attesting under penalty of perjury to the completeness, truthfulness and accuracy of each monthly report submitted; and

    3.B.3.  A check or checks made payable to the "Construction Laborers Trust Funds for Southern California" totaling the full amount of fringe benefit contributions due by Pacific Coast Markings, Inc. to the TRUST FUNDS for the previous month (as set forth on the monthly report(s) submitted).

**THE FAILURE TO COMPLY WITH THE INJUNCTIONS ISSUED IN AND BY THIS JUDGMENT SHALL BE GROUNDS FOR CONTEMPT OF COURT.**

Dated: _April 11, 2014

By: _Virginia A. Phillips_
HONORABLE JUDGE VIRGINIA A. PHILLIPS
U.S. DISTRICT COURT JUDGE

262278.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

262278.2