UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARK THOMAS BATES, et al.,<br><br>Defendants. | Case No. EDCV 13-01631-VAP (DTBx)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED as follows: With respect to the February 25, 2015 Order to Show Cause ("First OSC"), both Pacific Coast Markings ("PCM") and Mark Thomas Bates ("Bates") (collectively, "defendants") are found to be in civil contempt for their failure to comply with the injunctive terms of the Judgment requiring them to file Monthly Reports and Monthly Contributions in a timely

1

manner. As such, a contempt citation shall issue for such conduct. Defendants are ORDERED to pay $19,808.46 in outstanding Monthly Contributions to plaintiff for the period of April 11, 2014 through March 13, 2015, and are ORDERED to submit all Monthly Reports due for this period, all within 20 days of the date of this Order. A coercive sanction of $300.00, payable to the Clerk of this Court, shall be imposed for each calendar day that defendants are delinquent in filing Monthly Reports and/or Monthly Payments, with such sanctions to commence on the 20th day following the issuance of this Order if defendants do not comply with the injunctive terms of the Judgment. A compensatory sanction in the amount of $5,980.00 is awarded against defendants, jointly and severally, to compensate plaintiff for the fees incurred in raising the contemptuous conduct in the First OSC with the Court which defendants are ORDERED to pay within 20 days of the date of this Order.

With respect to the February 12, 2015 Order to Show Cause re Contempt ("Second OSC"), both PCM and Bates are found to be in civil contempt for their failure to appear for the judgment debtor examination. A compensatory sanction in the amount of $4,690.00 shall be awarded against defendants, jointly and severally, to compensate plaintiff for the fees incurred in raising the contemptuous conduct in the Second OSC with the Court, which defendants are ORDERED to pay within 20 days of the date of this Order.

Dated: July 28, 2015

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE